UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CHAPPA,

          Plaintiff,

v.

VANGERWIN, et al.,

          Defendants.

No.  2:20-cv-0413 JAM KJN P

ORDER

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 30, 2020, are adopted in full; and

2.  The first cause of action in plaintiff's original complaint (ECF No. 1 at 3) is dismissed from this action without prejudice.  See Fed. R. Civ. P. 41(b).

DATED:  June 1, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE